IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMANUEL JOHNSON, JR., *et al.*, on behalf of themselves and as Representatives of a Class of all Others Similarly Situated,<br><br>           Plaintiffs,<br><br>           v.<br><br>ALBERTO R. GONZALES, in his official capacity as Attorney General of the United States of America,<br><br>           Defendant. | Civil Action No. 93-0206 (TFH) |

**JOINT STIPULATION AS TO THE DISCHARGE OF OBLIGATIONS
UNDER THE SETTLEMENT AGREEMENT
AND ALL SUBSEQUENT AMENDMENTS AND AGREEMENTS**

Plaintiffs Emanuel Johnson, Jr., *et al.*, on behalf of themselves and a class of all others similarly situated, and defendant United States Attorney General Alberto R. Gonzales hereby stipulate that as of September 30, 2006, the Federal Bureau of Investigation ("FBI") discharged all of its obligations set forth in the Settlement Agreement (Jan. 26, 1993) in this case and in all subsequent and related agreements (including the Settlement Agreement Amendment (May 17, 2000), the Mediation Settlement Agreement (Apr. 30, 2001), Addendum I to the Settlement Agreement Amendment (Sept. 28, 2004), and Addendum II to the Settlement Agreement Amendment (Jan. 26, 2006)), with the exception noted below.

Section V of the Settlement Agreement, as subsequently clarified in Section V of the Settlement Agreement Amendment, provides that, for a period of two years after the discharge of the FBI's obligations, plaintiffs will monitor data from the FBI's personnel systems in order to

determine whether the provisions of the Settlement Agreement and all related agreements are being complied with and to determine whether any of the employment practices or personnel systems at issue may have a disparate impact upon any group of employees covered by the settlement agreements in this case.  The parties stipulate that this two-year monitoring period commenced on October 1, 2006.

Respectfully submitted,

*For Plaintiffs*:

    */s/ David J. Shaffer*
DAVID J. SHAFFER
Shaffer Rapport & Schmidt LLP
506 First Street, S.E.
Washington, D.C.  20003

*For Defendant*:

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney
   for the District of Columbia

JOSEPH LOBUE
Assistant Director, Federal Programs Branch


    */s/ Andrea Gacki*
ANDREA GACKI (D.C. Bar No. 462024)
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883, Room 866
Washington, D.C.  20044
Tel:     (202) 514-4336
Fax:    (202) 318-2461

Dated:  May 8, 2007

CERTIFICATE OF SERVICE

I certify that, on May 8, 2007, a copy of the foregoing Joint Stipulation as to the Discharge of All Obligations under the Settlement Agreement and All Subsequent Amendments and Agreements was served with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant(s) on this case:

>David J. Shaffer
>Shaffer Rapport & Schmidt LLP
>506 First Street, S.E.
>Washington, D.C.  20003

*/s/ Andrea Gacki*
ANDREA GACKI
Trial Attorney